# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Jeremy R Burton<br><br><br><br>Debtor(s). | C/A No. 22-03553-eg<br>Chapter 13<br><br><br><br>**ORDER GRANTING RELIEF FROM AUTOMATIC STAY** |

This matter is before the Court on motion (dkt. #19) of Fine Homes of Charleston ("Movant") seeking relief from the automatic stay. The Movant has waived claims arising under 11 U.S.C. §§ 503(b), 507(b). Based upon the certification of Movant the motion is granted and it is

ORDERED that the automatic stay is lifted as to: 1028 Orleans Road, Charleston, SC 29407 (the "collateral"). Movant may send any required notice to Debtor(s) and proceed with its remedies against the collateral.

**AND IT IS SO ORDERED**

**FILED BY THE COURT**
**03/08/2023**



Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina

Entered: 03/08/2023