**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 22–03553–eg                                   Chapter: 13

**In re:**
Jeremy R Burton
aka Jeremy R Burton, aka Jeremy Burton

**ORDER DISMISSING CASE**

---

This matter comes before the Court on a Petition to Dismiss the above–captioned Chapter 13 case. Following notice and an opportunity for a hearing or a hearing having been held:

The relief sought is granted and the case is hereby dismissed.

AND IT IS SO ORDERED.

**FILED BY THE COURT**
**03/15/2023**



Entered: 03/15/2023

Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina